UNITED STATES of America
Plaintiff-Appellee

v.

Rodney D. BROWN, also known as Rod Defendant-Appellant

No. 17-1200

United States Court of Appeals, Eighth Circuit.

Submitted: August 30, 2017

Filed: September 1, 2017

Kristin Huntington Bryant, Michael S. Gordon, Edward O. Walker, Assistant U.S. Attorneys, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Plaintiff-Appellee

Patrick J. Benca, Benca & Benca, Little Rock, AR, Gregory Elliott Bryant, Little Rock, AR, for Defendant-Appellant

Rodney D. Brown, Pro Se

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Rodney Brown appeals

---

1. Williams's motion for leave to add his input to oral argument, filed July 17, 2017, is de-

nied as moot.

the district court's[1] dismissal of his pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Upon careful de novo review, see United States v. Long, 757 F.3d 762, 763 (8th Cir. 2014) (standard of review), we conclude that dismissal was proper because Brown was sentenced based on a binding plea agreement that included a base offense level and drug quantity, but did not include a criminal history level or Guidelines range, and thus was not expressly based on a Guidelines range that was subsequently lowered by the Sentencing Commission, see Freeman v. United States, 564 U.S. 522, 131 S.Ct. 2685, 2695-700, 180 L.Ed.2d 519 (2011) (Sotomayor, J., concurring); Long, 757 F.3d at 764.

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.